**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
OCTOBER 26, 2021 SESSION



FILED
OCT 27 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:21-cr-00215
     21 U.S.C. § 846
     18 U.S.C. § 924(o)

JACOB BENJAMIN LOPER
COREY MICHAEL PERKINS

INDICTMENT

The Grand Jury Charges:

COUNT ONE
(Conspiracy to Distribute Suboxone, Methamphetamine, and Fentanyl)

From in or about November 2020 to on or about December 5, 2020, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants JACOB BENJAMIN LOPER and COREY MICHAEL PERKINS, together with persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, to knowingly and intentionally distribute a quantity of suboxone, a Schedule III controlled substance, a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance

Case 3:21-cr-00215 Document 1 Filed 10/27/21 Page 2 of 5 PageID #: 2

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
**(Conspiracy to Distribute Methamphetamine, Heroin, and Suboxone)**

On or about May 24, 2021, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JACOB BENJAMIN LOPER, together with other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, to knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance, a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a quantity of suboxone, a Schedule III controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT THREE
### (Attempted Possession with Intent to Distribute Suboxone)

On or about June 14, 2021, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JACOB BENJAMIN LOPER, attempted to commit an offense in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally possess with intent to distribute a quantity of suboxone, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 846.

## COUNT FOUR
**(Conspiracy to Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about June 14, 2021, at or near Barboursville, Cabell County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant JACOB BENJAMIN LOPER, together with persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 18 U.S.C. § 924(c)(1)(A)(i), that is, to use and carry firearm during and in relation to a drug trafficking crime for which the person may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(o).

WILLIAM S. THOMPSON
United States Attorney

By: _____
RYAN A. KEEFE
Assistant United States Attorney